IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAI CHANG, | No. C 09-5050 WHA (PR) |
| Plaintiff, | **ORDER OF DISMISSAL; DENYING IN FORMA PAUPERIS APPLICATION AS MOOT** |
| v. | |
| IMMIGRATION ASYLUM OFFICE OF SAN FRANCISCO, | |
| Defendants. | **(Docket No. 1)** |

On October 23, 2009, this case was opened when plaintiff filed an application to proceed in forma pauperis. As plaintiff did not file a complaint, petition or other pleading, the clerk's office notified him that if he failed to do so within thirty days, the case would be dismissed. No response has been received. This case is, accordingly, **DISMISSED**. The in forma pauperis application (docket number 1) is **DENIED** as moot, and no fee is due.

The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: November   30  , 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.09\CHANG5050.DSM.wpd